# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| MARK RAYMOND FORD, | * |
| | * |
| Petitioner, | *   CIVIL ACTION NO.: 2:17-cv-83 |
| | * |
| v. | * |
| | * |
| J.V. FLOURNOY, | * |
| | * |
| Respondent. | * |

## ORDER

Presently before the Court is the Magistrate Judge's October 25, 2017, Report and Recommendation, dkt. no. 13, to which Petitioner has filed Objections, dkt. nos. 14, 15.[1] After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Petitioner's Objections. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Petitioner leave to appeal in forma pauperis.

---

[1] The Court **GRANTS** Petitioner's Motion for Leave to Amend his Objections. Dkt. No. 15. The Court has considered this pleading and the arguments and authorities contained therein when issuing this Order.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___5___ day of ___December___, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)